RALPH H. BREWINGTON v. CITY OF JERSEY CITY.

November 30, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. CHURCHILL.

December 15, 1976. Petition for certification denied.

RUBENSTEIN & SHERWOOD v. SIMONA ELLIOT.

December 15, 1976. Petition for certification denied.

AMPARO, INC. v.
MADISON TWP. ZONING BD. OF ADJUSTMENT.

December 15, 1976. Petition for certification denied.

MELVIN H. SAFRAN v. CITY OF PERTH AMBOY.

December 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY HOLUB.

December 15, 1976. Petition for certification denied.